

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR-8-11-H-CCL |
| Plaintiff, | |
| vs. | Order |
| PHILLIP JOHN SMITH, | |
| Defendant. | |

The Probation Office has submitted a request for summons and a petition for modification of the conditions of Defendant's supervised relase.

The clerk is directed to issue a summons for Defendant's initial appearance before a magistrate judge, where he can be advised of his rights and appointed counsel, if deemed necessary.

Dated this 28th day of June, 2018.

Charles C. Lovell

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE